THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terriel Lashawn
 Mack, Appellant.
 
 
 

Appeal From Florence County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No. 2008-UP-486
 Submitted August 1, 2008  Filed August
15, 2008    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for
 Respondent.
 
 
 

PER CURIAM:  Terriel Lashawn Mack was convicted of murder and
 sentenced to life imprisonment.  Mack appeals his conviction, arguing the
 circuit court erred in admitting testimony that he carried a gun after he was
 released from prison.  Macks counsel attached to the final brief a petition to
 be relieved as counsel pursuant to Anders v. California, 386 U.S. 738
 (1967), stating he had reviewed the record and concluded this appeal lacked
 merit.  After a thorough review of the record, counsels brief, and Macks pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Macks appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
KONDUROS, J., CURETON,
 and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.